UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

TODD KECKHAFER, CIVIL NO. 01-1917 (RHK/JMM)

Plaintiff,

v.

ORDER

PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

Defendant.

The above matter came on before the undersigned upon the Order for Pretrial Conference dated March 4, 2002. The Court was advised that Defendant served a Motion to Dismiss on March 28, 2002.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED:

1. Defendant shall promptly file the original moving papers with the Clerk of Court.

2. Plaintiff's Response to the Motion to Dismiss shall be delivered and filed on or before May 1, 2002.

3. Defendant's Reply, if any, shall be delivered and filed on or before May 8, 2002.

4. The Parties shall jointly contact District Judge Richard H. Kyle's Calendar Clerk to obtain a hearing date and time.

APR 04 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

5. The Parties shall promptly reschedule a pretrial conference with the undersigned, if necessary, when the District Court rules upon the Motion to Dismiss.

Dated: April 4, 2002

JOHN M. MASON
United States Magistrate Judge