UNITED STATES DISTRICT COURT
DISTRICT MINNESOTA

---

Todd Keckhafer,

Plaintiff,

Civil No. 01-1917 (RHK/AJB)

vs.

**SCHEDULING NOTICE**

Prudential Insurance Company of America, a New Jersey corporation,

Defendant.

---

Judge Kyle is having surgery on July 1st and will not return until July 15th; accordingly, the hearing on a Motion to Dismiss now scheduled for July 2nd is **CANCELED**. Counsel will be notified of a new hearing date.

Dated: June 19, 2002

Deb Siebrecht, Clerk
United States District Court

JUN 19 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK