UNITED STATES DISTRICT COURT
DISTRICT MINNESOTA

---

Todd Keckhafer,

Plaintiff,

vs.

Prudential Insurance Company of America, a New Jersey corporation,

Defendant.

Civil No. 01-1917 (RHK/AJB)

**SCHEDULING NOTICE**

---

The hearing on the Motion to Dismiss will be held on Thursday, July 25th, at 1:30 p.m. in St. Paul, Minnesota.

Dated: July 1, 2002

Deb Siebrecht, Clerk
United States District Court

JUL 01 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK