IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| TODD KECKHAFER, Plaintiff, | Civil Action No. 01 Civ. 1917 (RHK/~~JMM~~) AJB |
| v. | **STIPULATION AND PROPOSED ORDER** |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties to this action that the time for Defendant to answer the Amended Complaint in this action is extended to October 30, 2002.

OCT 21 2002
FILED________
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

Dated: New York, New York
October 17, 2002

GOLDSMITH & ASSOCIATES, LTD

By: ______________________
Scott K. Goldsmith (35956)

P.O. Box 1093
265 Old Crystal Bay Road
Long Lake, MN 55356
(612) 340-9500

ATTORNEY FOR PLAINTIFF

PROSKAUER ROSE LLP

By: ______________________
Neil H. Abramson (NA-0889)
Lloyd B. Chinn (LC-7953)

1585 Broadway
New York, New York 10036-8299
Phone: (212) 969-3001
Fax: (212) 969-2900

-and-

Thomas C. Kayser (#5415X)
Charles O. Lentz (#168403)
ROBINS, KAPLAN, MILLER & CIRESI
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402-2015

ATTORNEYS FOR DEFENDANT THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

So Ordered:

______________________
United States Magistrate Judge