UNITED STATES DISTRICT COURT
DISTRICT MINNESOTA

---

Todd Keckhafer,

Plaintiff,

vs.

Prudential Insurance Company of America, a New Jersey corporation,

Defendant.

Civil No. 01-1917 (RHK/AJB)

**ORDER**

---

Paragraph 4 of Magistrate Judge Boylan's Pretrial Scheduling Order, to which Plaintiff has interposed Objections (Doc. No. 35) is **AFFIRMED**.

Dated: April 7, 2003

RICHARD H. KYLE
United States District Judge

FILED APR 0 7 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK