ATTACHMENT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| TODD KECKHAFER, Plaintiff, | Civil Action No. 01-CV-1917 (RHK/AJB) |
| v. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties herein, that the above-captioned action is dismissed in its entirety with prejudice and without attorneys' fees, costs or disbursements to either party.

GOLDSMITH & ASSOCIATES, LTD.

Date: 3 JUNE 03

By: [signature]
Scott K. Goldsmith (#35956)

Attorneys for Plaintiff
P.O. Box 103
Long Lake, MN 55356
(612) 340-9500

PROSKAUER ROSE LLP

Date: June 2, 2003

By: [signature]
Lloyd B. Chinn (LC-7953)
Peter P. Rahbar (PR-8166)
Attorneys for Defendant
1585 Broadway
New York, NY 10036
(212) 969-3001

**SO ORDERED:**

Date: 6/3/03

[signature]
Richard H. Kyle
United States District Court Judge

FILED JUN 04 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK